428 A.2d 680

Commonwealth ex rel., Battan v. Battan, Appellant.

Argued December 6, 1979. Gailey C. Keller, for appellant; Doris J. Battan, appellee, in propria persona.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

598

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.